NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5030

HARRY MICHAEL SCHMITT,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 08-CV-917, Senior Judge Robert H. Hodges, Jr.

ON MOTION

ORDER

Harry Michael Schmitt moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Harry Michael Schmitt
    L. Misha Preheim, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 07 2010

JAN HORBALY
CLERK